**Order filed April 24, 2014**



In The

# Fourteenth Court of Appeals

———————

NO. 14-12-01069-CR

———————

**DALEON DEMOND POTTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 184th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1340949**

## ORDER

The clerk's record was filed January 11, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a certified bill of costs.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 22, 2014, containing a certified bill of costs.

PER CURIAM